## DALLAS WHITMORE V. THE STATE.

No. 10193.   Delivered May 19, 1926.

**Manufacture of Intoxicating Liquor—No Statement of Facts—No Bill of Exception.**

The indictment appears regular. The record is before us without statement of facts or bills of exception. No fundamental error has been discovered or pointed out, and the judgment is affirmed.

Appeal from the District Court of Morris County. Tried below before the Hon. R. T. Wilkinson, Judge.

Appeal from a conviction for manufacturing intoxicating liquor, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Robert M. Lyles*, Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful manufacture of intoxicating liquor, punishment fixed at confinement in the penitentiary for one year.

The indictment appears regular. The record is before us without statement of facts or bills of exception. No fundamental error has been discovered or pointed out.

The judgment is affirmed.

*Affirmed.*